No. 76–1174. FEDERATION OF TELEPHONE WORKERS OF PENNSYLVANIA *v.* BELL TELEPHONE COMPANY OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 76–1178. JWAYYED *v.* BELL TELEPHONE SYSTEM ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–1180. CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION *v.* HARDIE ET AL. Sup. Ct. Cal. Certiorari denied.

No. 76–1182. BROWN *v.* IVARANS REDERI A/S. C. A. 3d Cir. Certiorari denied.

No. 76–1188. UNITED STATES *v.* WHITECLIFF, INC., DBA WHITE CLIFF MANOR. Ct. Cl. Certiorari denied.

No. 76–1213. WOODS *v.* UNITED STATES; and
No. 76–1247. BLAIR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1217. POYNER *v.* LEAR SIEGLER, INC. C. A. 6th Cir. Certiorari denied.

No. 76–1218. NEUGENT *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 76–1286. SWEET *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–1296. TURZITTI ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–1302. CRAIG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1303. HAYWARD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.